UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAT RIVER GROUP, LLC,
a Michigan limited liability company,

    Plaintiff,

v.

AMFIL TECHNOLOGIES, INC.,
a foreign corporation,

    Defendant.

Case No.: 1:19-cv-256-PLM-RSK

Hon. Paul L. Maloney

| | |
|---|---|
| Christopher B. McMahon (P52468)<br>Sullivan, Ward, Asher & Patton, P.C.<br>Attorney for Plaintiff<br>25800 Northwestern Highway<br>1000 Maccabees Center<br>Southfield, MI 48075<br>248.746.0700/248.746.2760 fax<br>cmcmahon@swappc.com | Stephen A. Hilger (P44776)<br>Hilger & Hammond PC<br>Attorney for Defendant<br>49 Monroe Center St. NW, #200<br>Grand Rapids, MI 49503<br>616.458.3600<br>sahilger@hilgerhammond.com |

## CONSENT ORDER AND JUDGMENT

This matter having come before the Court upon the consent of the parties, as is reflected by the signatures appearing below, the parties having entered into a Settlement Agreement, which is incorporated by reference into this Judgment, and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the stipulation of the parties, a Consent Judgment is hereby entered into in favor of the Plaintiff Flat River Group, LLC. and against Defendant Amfil Technologies, Inc. as set forth herein.

1. Judgment in the total sum of $233,615.65 as against Defendant Amfil Technologies, Inc. This Judgment amount represents the remaining balance of the principal sum of the $225,700.00 and the interest of $7,915.65 that Defendant agreed to pay Plaintiff Flat River Group, LLC through the terms of payment contained within the Settlement Agreement.

2. Defendant shall pay to Plaintiff any additional reasonable attorneys' fees and costs incurred in connection with any effort to enforce and collect this judgment as a result of Defendant's breach of the parties' settlement agreement and may apply to this court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs.

3. The Clerk of the Court may certify this Consent Order and Judgment for transfer to other jurisdiction upon Plaintiff's request and payment of any required fee, if the Judgment remains unsatisfied as result of Defendant's breach of the parties' settlement agreement.

Date: October 31, 2019  /s/ Paul L. Maloney
HONORABLE PAUL L. MALONEY

We hereby stipulate to this Consent Judgment.

This Consent Judgment may be signed in counterparts.

| HILGER & HAMMOND, PC | SULLIVAN, WARD, ASHER & PATTON, P.C. |
|---|---|
| /s/Stephen A. Hilger<br>Stephen A. Hilger (P44776)<br>Attorney for Defendant<br>49 Monroe Center St. NW, #200<br>Grand Rapids, MI 49503<br>616.458.3600<br>sahilger@hilgerhammond.com<br>Dated: July 16, 2019 | /s/Christopher B. McMahon<br>Christopher B. McMahon (P52468)<br>Attorney for Plaintiff<br>25800 Northwestern Highway, Suite 1000<br>Southfield, MI 48075<br>248.746-0700/248.746.2770 fax<br>cmcmahon@swappc.com<br>Dated: July 16, 2019 |

Signatures Continued on Next Page:

AMFIL TECHNOLOGIES, INC.

By: BEN CASTANIE
Its: Director
Dated: July 15, 2019

W2309935.DOC

SULLIVAN WARD ASHER & PATTON